No. 00–6167. SPANN *v.* PARKS ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–6168. STEWART *v.* MONIETTE. C. A. 5th Cir. Certiorari denied.

No. 00–6169. FLYNN *v.* BERLAND, JUDGE, CIRCUIT COURT OF ILLINOIS, COOK COUNTY, ET AL. C. A. 7th Cir. Certiorari denied.

No. 00–6170. HERMANSEN *v.* CHANDLER, ATTORNEY GENERAL OF KENTUCKY, ET AL. C. A. 6th Cir. Certiorari denied.

No. 00–6171. GETZ *v.* SNYDER, WARDEN. C. A. 3d Cir. Certiorari denied.

No. 00–6172. MIRANDA *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 00–6182. TROSCLAIR *v.* CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 00–6183. WHITE *v.* PORTER. C. A. 5th Cir. Certiorari denied.

No. 00–6188. ORTIZ *v.* GATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–6194. AYON *v.* WILLIAMS, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 00–6220. TEACHERSON *v.* PATENT AND TRADEMARK OFFICE. C. A. Fed. Cir. Certiorari denied.

No. 00–6250. LYON *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 00–6284. COTTRELL *v.* FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 00–6291. CHAVEZ ROMERO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–6296. KIMBERLIN *v.* DEWALT, WARDEN (two judgments). C. A. 4th Cir. Certiorari denied.

No. 00–6306. MORGAN *v.* TEXAS. Ct. App. Tex., 2d Dist. Certiorari denied.